IN THE COURT OF APPEALS, THIRD DISTRICT OF TEXAS,



AT AUSTIN




 





NO. 3-93-534-CV




ROBERT DREW,



 APPELLANT


vs.





TEXAS BOARD OF PARDONS & PAROLES, ITS CHAIR, JACK KYLE, AND ITS 

BOARD MEMBERS, IRMA CAULEY, KENNETH COLEMAN, BENNIE ELMORE, 


JOHN ESCOBEDO, ALBERT SANCHEZ, MAE JACKSON, TERRIE


SCHNORRENBERG, WINONA MILES, DANIEL DOWNS, PAUL PREJEAN, 


MARY LEAL, HENRY KEENE, IRIS LAWRENCE, TROY FOX, HUB BECHTOL, 


AND GILBERT RODRIGUEZ; THE TEXAS DEPARTMENT OF CRIMINAL JUSTICE,


AND ITS EXECUTIVE DIRECTOR JAMES LYNAUGH,



 APPELLEES



 




FROM THE DISTRICT COURT OF TRAVIS COUNTY, 261ST JUDICIAL DISTRICT



NO. 93-11917, HONORABLE JOHN K. DIETZ, JUDGE PRESIDING



 




PER CURIAM

 Appellant has filed a motion to dismiss this appeal as moot. The motion is granted. 
Tex. R. App. P. 59(a)(1)(B).

 The appeal is dismissed as moot.


Before Justices Powers, Aboussie and B. A. Smith

Dismissed as Moot on Appellant's Motion

Filed: September 14, 1994

Do Not Publish